UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RAYMOND MCCOY, C29239,

Plaintiff,

v.

KATHILEEN ALISON, et al.,

Defendant(s).

Case No. 22-cv-01013-CRB  (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at the California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), has filed a pro se complaint for damages under 42 U.S.C. § 1985 challenging the California Department of Corrections and Rehabilitation's "implementation, usage, and enforcement of its 'Non-Designated Programming Facility' . . . 'underground regulation.'" ECF No. 1 at 1.  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Kings or Sacramento, which lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: February 23, 2022

_____
CHARLES R. BREYER
United States District Judge